# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANNY R. McLAUGHLIN, et al., | CASE NO. CV F 12-1655 LJO SAB |
| Plaintiffs, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 9.) |
| WORKHORSE CUSTOM CHASSIS, LLC, et al.,,, | |
| Defendant. | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1. DISMISSES with prejudice this entire action and all claims;
2. VACATES all pending dates and matters; and
3. DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 13, 2013**          /s/  Lawrence J. O'Neill
                                       UNITED STATES DISTRICT JUDGE

1