**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DANNY R. McLAUGHLIN, et al., | CASE NO. CV F 12-1655 LJO SAB |
| Plaintiffs, | **ORDER TO DISMISS AND TO CLOSE ACTION** |
| vs. | (Doc. 9.) |
| WORKHORSE CUSTOM CHASSIS, LLC, et al.,,, | |
| Defendant. / | |

Based on the parties' stipulation for dismissal under F.R.Civ.P. 41(a)(1)(A)(ii), this Court:

1.   DISMISSES with prejudice this entire action and all claims;

2.   VACATES all pending dates and matters; and

3.   DIRECTS the clerk to close this action.

IT IS SO ORDERED.

**Dated:   March 13, 2013**          /s/  Lawrence J. O'Neill
                                     UNITED STATES DISTRICT JUDGE